```
MANUELA ALBUQUERQUE, City Attorney      SBN 67464
MATTHEW J. OREBIC, Deputy City Attorney  SBN 124491
MOrebic@ci.berkeley.ca.us.
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.: (510) 981-6950
FAX.: (510) 981-6960
```

Attorneys for Defendants
CITY OF BERKELEY, ROY L. MEISNER,
Chief of Police, Officer JOHN ETTARE,
Officer FRANK LANDRUM, and
Officer MICHAEL HUERTA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND BRANCH

| | |
|---|---|
| **KAWAINE TATE,**<br><br>            Plaintiff,<br><br>v.<br><br>**CITY OF BERKELEY, a municipal corporation; etc.,**<br><br>            Defendants. | NO. C 04 5221 SBA<br><br>**STIPULATION AND ORDER TO EXTEND ENE DEADLINE 14 DAYS** |

## **STIPULATION**

Plaintiff Kawaine Tate and defendants City of Berkeley and the individual police officers request and stipulate, through their counsel herein, that the deadline for the Early Neutral Evaluation (ENE) in this case be extended 14 days beyond the original 90-day deadline imposed by Local Rule 5-4. The 90th day after the Case Management Conference (which was held on October 27, 2005) is January 25, 2006. However, during the scheduling of the ENE, defense counsel inadvertently did not note that the primary individual officer defendant will be out of the state during the week of January 23, 2006, and will be unable to attend the ENE that week. Accordingly, all the parties stipulate, and the ENE evaluator, David A. Levy, has agreed that the

1  ENE session may be held with Mr. Levy on February 2, 2006 at 3:00 p.m., but in no event later
2  than February 7, 2006.

5  Dated: January 17, 2006                              _____/s/_____
                                                        MATTHEW J. OREBIC
6                                                       Attorney for Defendants

7  Dated:  January 17, 2006                             _____/s/_____
                                                        BENJAMIN NISENBAUM
8                                                       Attorney for Plaintiff

10 **IT IS SO ORDERED:**

11 Dated:
     1/17/06_____

13                                                      _____
                                                        SAUNDRA BROWN ARMSTRONG
14                                                      UNITED STATES DISTRICT JUDGE